UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

        v.                       :     **08 CRIM 371**
                                       MISDEMEANOR INFORMATION
LOLA SALAMI,                     :
                                       08 Cr. ___
        Defendant.               :

- - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

From in or about September 2006, up to and including in or about July 2007, in the Southern District of New York and elsewhere, LOLA SALAMI, the defendant, unlawfully, willfully and knowingly did embezzle, steal, purloin, and convert to her use and the use of another, and without authority, did sell, convey, and dispose of a record, voucher, money, and thing of value of the United States and of a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), the value of which did not exceed $1,000, and did receive, conceal, and retain the same with intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, SALAMI received Section 8 housing benefits from HUD, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

[Stamp: SDNY / DOCUMENT / ELECTRONICALLY FILED / APR 25 2008]