AO 86A  (Rev. 5/85) Consent to Proceed Misdemeanor

# United States District Court

### DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Lola Salami

**CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE IN
A MISDEMEANOR CASE**

CASE NUMBER 08 Cr 299
371

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY:  Waive (give up) my right to trial, judgment, and sentencing before a United States
district judge and I consent to trial, judgment, and sentencing before a
United States magistrate.**

x _Lola Salami_
_____
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY:  Waive (give up) my right to trial by jury.** x _Lola Salami_
_____
Defendant

Consented to by United States _____
Signature

_____
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate

**I HEREBY:  Waive (give up) my right to have at least thirty days to prepare for trial.**

x _Lola Salami_
_____
Defendant

_____
Defendant's Attorney (if any)

Approved By: _James C. Franck IV_
_____
U.S. Magistrate

_4/30/08_
_____
Date

APR 3 0 2008